UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD HARRIS, an individual,<br><br>    Plaintiff,<br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive;<br><br>    Defendant. | Case No: CV 21-8842-DMG (JEMx)<br><br>**ORDER RE DISMISSAL OF ACTION [13]** |

The parties' Joint Stipulation for Dismissal is APPROVED.  The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

DATED:  February 2, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE